UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER LICUP, et al.,<br>   Plaintiffs,<br>  v.<br>DOWNEY SAVINGS AND LOAN ASSOCIATION , F.A., et al.,<br>   Defendants. | Case No.  12-cv-03995-BLF<br><br>**ORDER TO SHOW CAUSE** |

TO PLAINTIFFS HOMER LICUP AND ANN LIZETTE LICUP:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than **May 30, 2014**, why the Complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Plaintiffs filed the above entitled action on July 30, 2012 naming the following defendants: Downey Savings and Loan Association; F.A.; DSL Service Company; Lawyers Title Company; U.S. Bank Home Mortgage; JP Morgan Chase Bank, National Association; JP Morgan Mortgage Acquisition Corp.; JP Morgan Acceptance Corporation 1; U.S. Bank National Association; JP Morgan Trust Company, National Association; JP Morgan Mortgage Acquisition Trust 2006-WMC3; FCI Lenders Services, Inc.; Karen J. Canon; and Rebecca K. Hendrickson.

Under Federal Rule of Civil Procedure 4(m), Plaintiffs were required to serve defendants with the summons and complaint no later than 120 days after the date the complaint was filed. Thus, Plaintiffs were required to serve all defendants no later than November 27, 2012.  To date, Plaintiffs have filed no return of service of the summons and complaint on any defendant.

Upon reassignment of this case to the undersigned, Plaintiffs were ordered to submit a case management statement by May 1, 2014 and to appear for a Case Management Conference on May

13, 2014.  Dkt. No. 7; *see also* Reassignment Order of April 17, 2014.  Plaintiffs did not file a case management statement and did not appear for the scheduled Case Management Conference, in direct violation of a court order.

No later than **May 30, 2014**, Plaintiffs either must file a proof of service of the summons and complaint on all defendants, or must provide a statement explaining why the court should not dismiss the Complaint for failure to prosecute.  No hearing will be held on the Order to Show Cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge