UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER LICUP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., et al.,<br><br>　　　　　Defendants. | Case No.   12-cv-03995-BLF<br><br>**ORDER OF DISMISSAL** |

　　　　The Court is in receipt of Plaintiffs' May 29, 2014 letter requesting dismissal of their case. (ECF 10)  As defendants have not been served in this matter, the Court VACATES the May 14, 2014 Order to Show Cause, (ECF 8), and orders dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The action is DISMISSED without prejudice.  The Clerk of the Court is ordered to close the case file.

　　　　**IT IS SO ORDERED.**

Dated: June 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge